UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 12-23262-CIV-JLK

IVAN A. SASSO,
    Plaintiff,

vs.

ACTION COMMUNITY CENTER, INC.,
and MARIA P. ALBO, individually,
    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENTRY OF JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES

**THIS CAUSE** came before the Court upon the Plaintiff's Motion for Entry of Judgment and for an Award of Attorney's Fees, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Plaintiff's Motion for Entry of Judgment and for an Award of Attorney's Fees is hereby **GRANTED**. It is further ordered that Judgment against Defendants ACTION COMMUNITY CENTER, INC. and MARIA P. ALBO, jointly and severally, be entered in the amount of $15,000.00 in favor of the Plaintiff, plus additional attorney's fees in the amount of $1,200.00 and interest with retention of jurisdiction for post-judgment proceedings.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this 3 day of Oct, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
Action Community Center, Inc.
c/o Ms. Pilar Albo
970 SW First Street, Suite No. 304
Miami, Florida 33130
pilar@actioncc.org